IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WESLEY L. ADKINS,

                Plaintiff,

v.                                                                   CASE NO. 24-3223-JWL

STATE OF KANSAS, et al.,

                Defendants.

## MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 3) to submit the filing fee. On December 12, 2024, the Court entered a notice of deficiency (Doc. 4) granting Plaintiff until January 13, 2025, to either submit the fee or to file a motion for leave to proceed in forma pauperis. The motion will be granted to the extent that the Court will extend the deadline in the notice of deficiency to February 13, 2025. No further extensions will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 3) is **granted.** Plaintiff is granted to and including **February 13, 2025**, in which to comply with the notice of deficiency at Doc. 4.

**IT IS SO ORDERED.**

Dated December 13, 2024, in Kansas City, Kansas.

                                                      S/ John W. Lungstrum
                                                      JOHN W. LUNGSTRUM
                                                      UNITED STATES DISTRICT JUDGE